UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-7044
(1:14-cv-01588-LMB-IDD)
_____

THOMAS ALEXANDER PORTER; ANTHONY BERNARD JUNIPER; MARK LAWLOR; RICKY JOVAN GRAY

      Plaintiffs - Appellants

 and

IVAN TELEGUZ

      Plaintiff

v.

HAROLD W. CLARKE; DAVID ZOOK

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:14-cv-01588-LMB-IDD |
| Date notice of appeal filed in originating court: | 08/02/2016 |
| Appellant (s) | Thomas Alexander Porter, Anthony Bernard Juniper, Mark Lawlor, and Ricky Jovan Gray |

| Appellate Case Number | 16-7044 |
| --- | --- |
| Case Manager | RJ Warren<br>804-916-2702 |