# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 16-7044, Porter v. Clarke et al. |
| **Originating No. & Caption** | 1:14-cv-1588, Porter v. Clarke, et al. |
| **Originating Court/Agency** | U.S. District Court, E. D. Virginia |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | July 8, 2016 | |
| Date notice of appeal or petition for review filed | August 2, 2016 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ◉ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-521-4022.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◉ Yes | ○ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiffs, inmates on Virginia's Death Row, sued to enjoin their automatic and permanent placement in 23-hour/day solitary confinement.  Defendant correctional authorities responded that such placement was necessary for institutional, staff, inmate, and community safety.  After the district court refused to dismiss the case, and faced with overwhelming evidence that the 23-hour/day regimen was unnecessary and abusive, defendants undertook to relax the conditions as a matter of their discretion, without needing or engaging in any public process for the promulgation of the less restrictive standards, defending the constitutionality of the status quo ante all the same.  The parties cross-moved for summary judgment on the question of whether Plaintiffs' placement in long-term and draconian solitary confinement violated their Eighth Amendment rights.  Notwithstanding that the issue of mootness was not briefed by any party, the District Court raised the issue of mootness sua sponte, entering judgment for Defendants on that basis and denying Plaintiffs' request for an injunction prohibiting reinstitution of the prior, unconstitutional conditions. |

**Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary)

(1) Whether the District Court erred in granting judgment to Defendants on mootness grounds where no legal or practical barrier prevented or prevents Defendants from reinstituting, without notice or process, the 23-hour/day solitary confinement protocol about which plaintiffs sued; and (2) whether the District Court should have enjoined such reinstitution as Plaintiffs requested.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Harold Clarke | Adverse Party:  David Zook |
| Attorney: Margaret O'Shea<br>Address: Office of the Attorney General<br>202 N. 9th Street<br>Richmond, VA 23219 | Attorney: Margaret O'Shea<br>Address: Office of the Attorney General<br>202 N. 9th Street<br>Richmond, VA 23219 |
| E-mail: moshea@oag.state.va.us | E-mail: moshea@oag.state.va.us |
| Phone: 804.225.2206 | Phone: 804.225.2206 |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: Thomas Porter<br><br>Attorney: Kathryn M. Ali<br>Address: Hogan Lovells US LLP<br>555 Thirteenth Street NW<br>Washington DC 20004<br><br>E-mail: kathryn.ali@hoganlovells.com<br><br>Phone: 202-637-5771 | Name: Mark Lawlor<br><br>Attorney: Kathryn M. Ali<br>Address: Hogan Lovells US LLP<br>555 Thirteenth Street NW<br>Washington DC 20004<br><br>E-mail: kathryn.ali@hoganlovells.com<br><br>Phone: 202-637-5771 |

| **Appellant (continued)** | |
|---|---|
| Name: Ricky Gray<br><br>Attorney: Kathryn M. Ali<br>Address: Hogan Lovells US LLP<br>555 Thirteenth Street NW<br>Washington DC 20004<br><br>E-mail: kathryn.ali@hoganlovells.com<br><br>Phone: 202-637-5771 | Name: Anthony Juniper<br><br>Attorney: Kathryn M. Ali<br>Address: Hogan Lovells US LLP<br>555 Thirteenth Street NW<br>Washington DC 20004<br><br>E-mail: kathryn.ali@hoganlovells.com<br><br>Phone: 202-637-5771 |

**Signature:** //s// Kathryn M. Ali                **Date:** _____08/18/2016_____

**Counsel for:** All Plaintiffs-Appellants _____

**Certificate of Service**: I certify that on _____08/18/2016_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
|---|---|
| Signature: //s// Kathryn M. Ali | Date: 08/18/2016 |